No. 956. UNITED PACKINGHOUSE, FOOD & ALLIED WORKERS, AFL–CIO *v.* WILSON & Co., INC. C. A. 7th Cir. Certiorari denied. *Eugene Cotton* and *Richard F. Watt* for petitioner. *Charles A. Bane* and *James E. Knox, Jr.,* for respondent.

No. 961. KOVENS ET AL. *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied. *W. G. Ward* and *Chester Bedell* for petitioners. *Solicitor General Cox, Assistant Attorney General Miller, Beatrice Rosenberg* and *Richard W. Schmude* for the United States.

No. 963. INTERNATIONAL BROTHERHOOD OF PULP, SULPHITE & PAPER MILL WORKERS, AFL–CIO, ET AL. *v.* SOLO CUP Co. Ct. App. Md. Certiorari denied. *Edward William Smith* and *Claude L. Callegary* for petitioners. *Robert L. Sullivan, Jr.,* for respondent.

No. 964. WELFARE FINANCE CORP. ET AL. *v.* TANENBAUM TEXTILE Co., INC. Sup. Ct. Ohio. Certiorari denied. *Isidore H. Wachtel* and *Harry M. Wasserman* for petitioners. *Milton H. Schmidt* for respondent.

No. 965. JOHN T. CLARK & SON *v.* CUNARD STEAMSHIP Co., LTD., ET AL.; and

No. 970. DAVID CRYSTAL, INC. *v.* CUNARD STEAMSHIP Co., LTD., ET AL. C. A. 2d Cir. Certiorari denied. *Horace T. Atkins* for petitioner in No. 965. *John L. Quinlan* for David Crystal, Inc., petitioner in No. 970 and respondent in No. 965. *William J. Tillinghast, Jr.,* for Penson & Co., respondent in No. 965.